## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MAINE

UNITED STATES OF AMERICA,

v.

THADIUS C. WIND,

Defendant.

Case No. 1:25-cr-00062-SDN

### THIRD PARTY JONATHAN LILLEY'S MOTION TO QUASH SUBPOENA TO TESTIFY

NOW COMES third party Jonathan Lilley, by and through undersigned counsel, and files this motion to quash the Subpoena to Testify, dated May 19, 2026 ("subpoena"), pursuant to Federal Rule of Criminal Procedure 17(2).

Jonathan Lilley, is a Probation Officer employed by the Maine Department of Corrections. In that role, Mr. Lilley previously supervised the Defendant in this matter. On Thursday, May 28, 2026 at 2:03 pm, Mr. Lilley received a packet of materials from the Deputy United States Marshall, including a subpoena requiring his attendance to testify on the following Monday, June 1, 2026 at 10:00 am. In addition to his testimony, the subpoena requires Mr. Lilley to bring with him "[a]ny documents maintained by Probation and Parole pertaining to Thadius Wind." Under Fed. R. Crim. P. 17(2), "on a motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive." Mr. Lilley moves to quash the subpoena under Fed. R. Crim. P. 17(2) because it is unreasonable to require Mr. Lilly to appear in Court with the records requested on less than 2 business days' notice.

To comply with the subpoena, Mr. Lilley must produce Mr. Wind's entire probation record. Given Mr. Wind's criminal history, this record likely contains confidential materials,

1

including but not limited to confidential intelligence and investigative record information under

16 M.R.S. § 804, and protected communications from confidential sources to Mr. Lilley, as well

as to victim advocates. With less than 2 business days' notice, Mr. Lilley has not had the

opportunity to prepare to testify, or to review Mr. Winds' records and pursue any necessary

protections from this Court. As such, the terms of the subpoena are unreasonable, and Mr. Lilly

respectfully respects the Court grant his motion to quash.


DATED:  May 29, 2026                    AARON M. FREY
                                        Attorney General

                                        /s/ Alexander Beals
                                        Alexander M. Beals
                                        Assistant Attorneys General
                                        6 State House Station
                                        Augusta, Maine 04333-0006
                                        (207) 626-8800
                                        alexander.m.beals@maine.gov
                                        *Attorneys for Jonathan Lilley*